JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE LEDESMA, an individual, | Case No. 8:21-cv-00822-JLS-JDE |
|    Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (DOC. 15)** |
|    vs. | |
| JADE RANGE, LLC, a Delaware Limited Liability Company and DOES 1 through 20, Inclusive, | |
|    Defendant. | |

## **ORDER**

IT IS SO ORDERED that this action shall be dismissed in its entirety, with prejudice, with each party to bear its own costs and fees.

Date: October 12, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE